GEMMA BROPHY, Individually and as Mother and Guardian of ANDREW BROPHY, Respondent, v BERNARD G. BROPHY, Appellant. [688 NYS2d 133] —Order, Supreme Court, New York County (Sherry Klein Heitler, J.), entered July 13, 1998, which granted plaintiff's motion for partial summary judgment for maintenance arrears, unanimously affirmed, without costs.

Plaintiff made a *prima facie* showing that she was entitled to contingent alimony, and therefore arrears. Defendant's submis-

sion of an affirmation from his attorney in opposition to the motion was insufficient to defeat summary judgment (*Zuckerman v City of New York*, 49 NY2d 557, 562-563). Concur—Sullivan, J. P., Lerner, Andrias and Saxe, JJ.